order resettled by striking therefrom the words " and will directed to be admitted to probate." Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

FRIEDA JACOFF, Respondent, v. J. & B. DEVELOPING CORPORATION and Others, Defendants, and BROOKLYN BOILER AND RADIATOR CORPORATION and ROBERT KRAUSS FLOORING Co., INC., Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.

WALTER P. JOYCE, Appellant, v. JACOB H. STEIN, Respondent.— Motion to dismiss appeal denied upon the ground that there is no proof of service of the notice of motion upon the appellant personally. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MORRIS KAGAN, Appellant, v. BANKAKTIEBOLAGET NORDEN, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.

MAX KESSLER, Respondent, v. MAX GOTTLIEB, Appellant, and HYMAN GLUCHOFSKY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HARRY LEFTON and MORRIS JACOBSON, Respondents, v. JACOB CARNER, Appellant. MIRIAM WIENER, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ARTHUR L. LIVERMORE, Plaintiff, v. PERCY N. FURBER, Respondent. ERNEST G. METCALFE, Appellant, and MAURICE E. DAVIS, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. WESTCHESTER LIGHTING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PORTO, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PORTO, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PORTO, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB EDELSTEIN, Appellant, v. JACOB S. STRAHL, Justice of the Municipal Court, Respondent.— Motion to stay execution of judgment pending appeal granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB EDELSTEIN, Appellant,